1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re Ex Parte Application of FACEBOOK, INC., FACEBOOK IRELAND LTD., an Irish Corporation, INSTAGRAM LLC, WHATSAPP INC.,<br><br>Applicant,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding. | Misc. Action No. 2:20-mc-0029 JLR<br><br>**ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782** |

ORDER GRANTING LEAVE TO OBTAIN DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

1  The *Ex Parte* Application of Facebook, Inc., Facebook Ireland Ltd., Instagram LLC, WhatsApp Inc., ("Applicants") for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("Application") came before this Court on or about April 21, 2020. (Application (Dkt. #1).)

The Court, having considered all moving papers and exhibits, and for good cause shown, HEREBY ORDERS as follows:

1. The Application is **GRANTED**.

2. Applicants are hereby granted leave to issue a subpoena for documents in substantially the same form as that attached to Exhibit 2 of its Application.

3. Copies of this Application, its supporting documents, and this Order shall be mailed to Microsoft Corporation, 1 Microsoft Way, Redmond, WA 98052-8300.

Dated this 3rd day of  August, 2020.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Benjamin J. Hodges*
Benjamin J. Hodges, WSBA 49301
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com